NOT FOR PUBLICATION **CLOSED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RALPH W. LABENDZ and MARILYN LABENDZ, | : : : | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | Civil Action No. 06-cv-3781 (DMC) |
| INTERNAL REVENUE SERVICE OF THE DEPARTMENT OF THE TREASURY OF THE UNITED STATES OF AMERICA AND THE COMMISSIONER OF THE INTERNAL REVENUE SERVICE, | : : : : : : | |
| Defendants. | : : | |

This matter coming before the Court upon motion by Defendants Internal Revenue Service of the Department of the Treasury of the United States of America and the Commissioner of the Internal Revenue Service (hereinafter "IRS") to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this   9   day of February, 2007;

**ORDERED** that Defendant's motion to dismiss is **granted**.

                                                                        S/  Dennis M. Cavanaugh
                                                                        Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |